UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI OLUKU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UR M. JADDOU, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-04572-VC<br><br>**ORDER** |

  A plaintiff has 90 days after the complaint is filed to serve each defendant. Fed. R. Civ. P. 4(m). Here, it is unclear whether Oluku has properly served any defendant during that 90-day period. First, there is no indication that the United States was properly served on behalf of any defendant because the mailing slip shows that the mailing was completed to a different suite number than the proper suite for the U.S. Attorney. Second, for *each* defendant, Oluku needs to serve the United States, Fed. R. Civ. P. 4(i)(2), and indicate that he is doing so on behalf of a specific named defendant on item 3 of the Proof of Service of Summons. He then needs to mail a copy of the summons and the complaint to that specific named defendant. Fed. R. Civ. P. 4(i)(2).

  When a party has served the Attorney General of the United States, as Oluku has, courts must give that party a reasonable time to cure their failure to serve the United States under Rule 4(i)(2). Fed. R. Civ. P. 4(i)(4)(A). Oluku therefore has twenty-eight days from the date of this order to properly serve all defendants.

  **IT IS SO ORDERED.**

Dated: November 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge